# Third District Court of Appeal
## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1204
Lower Tribunal No. 22-3433-CA-01
_____

**James M. Bien-Aime, etc.,**
Appellant,

vs.

**Franklin A. Maria, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

The Monestime Firm, and Regine Monestime, for appellant.

KHL Law, and Mason A. Pertnoy, and Lynette Ebeoglu McGuinnes, for appellees.

Before FERNANDEZ, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.